IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

GEOPHYSICAL SERVICE, INCORPORATED                                PLAINTIFF

V.                         CASE NO. 1:17-CV-01023

MURPHY OIL CORPORATION                                           DEFENDANT

## **ORDER**

Before the Court is the parties Joint Motion for Stay. ECF No. 26. The Court finds this matter ripe for consideration.

The parties "jointly request that this case be stayed and administratively closed pending such time as either party moves to reinstate the case on the Court's docket." ECF No. 26, p. 1. The parties claim that a stay is warranted due to the fact that legal issues relevant to the present case are currently being litigated in other courts. The parties state that "[a] stay will avoid the inefficient use of party resources, promote judicial economy, and likely provide the parties and the Court with clarity on key areas of law at issue in this case." ECF No. 26, p. 1. Upon consideration, the Court is satisfied that the interests of judicial economy and efficiency will be best served by staying the action. Accordingly, the Court finds that the parties' Joint Motion for Stay (ECF No. 26) should be and hereby is **GRANTED**. Therefore, this action is hereby stayed and administratively closed until either party seeks leave to reopen the case by motion. Likewise, all deadlines contained in the Initial Scheduling Order are hereby suspended. Furthermore, the parties are hereby ordered to file a status report with the Clerk of Court every ninety (90) days while the stay is in place.

**IT IS SO ORDERED**, this 9th day of August, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge